UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH HAMPTON BOWERS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1734 (JR) |
| UNITED STATES, | : |
| Defendant. | : |

**NOTICE**

The plaintiff will **TAKE NOTICE** that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on February 28, 2006, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

JAMES ROBERTSON
United States District Judge