IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH HAMPTON BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 05-cv-1734 (JR) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: May 10, 2006.

                                                 Respectfully submitted,

                                                 /s/ Jennifer L. Vozne
                                                 JENNIFER L. VOZNE
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227
                                                 Ben Franklin Station
                                                 Washington, DC 20044
                                                 Phone/Fax: (202) 307-6555/514-6866
                                                 Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1692013.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 10, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>JOSEPH HAMPTON BOWERS
>*Plaintiff pro se*
>6400 Katson Avenue, NE
>Albuquerque, NM 87109

>    /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1692013.1