IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH HAMPTON BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 05-cv-1734 (JR) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' PRAECIPE

On February 2, 2006, the Court issued a notice indicating that it would dismiss this action without prejudice on February 28, 2006 unless plaintiff filed "a waiver of service or proof of service" or the Court found good cause to extend the time to serve. Plaintiff failed to file a proof of service and failed to move to extend time to serve a summons and complaint. Indeed, according to PACER, plaintiff failed to obtain a summons. The United States respectfully requests that the Clerk present the case to the Court for dismissal.

DATED: May 10, 2006.                Respectfully submitted,

                                                                                               /s/ Jennifer L. Vozne
                                                                                               JENNIFER L. VOZNE
                                                                                               Trial Attorney, Tax Division
                                                                                               U.S. Department of Justice
                                                                                               Post Office Box 227
                                                                                               Washington, DC 20044
                                                                                               Phone/Fax: (202) 307-6555/514-6866
                                                                                               Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1692015.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' PRAECIPE was caused to be served upon plaintiff *pro se* on the 10th day of May, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>JOSEPH HAMPTON BOWERS
>*Plaintiff pro se*
>6400 Katson Avenue, NE
>Albuquerque, NM 87109

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1692015.1