**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH HAMPTON BOWERS, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 05-1734 (JR) |
| | : |
| UNITED STATES, | : |
| | : |
|     Defendant. | : |

### ORDER

Plaintiff having failed to file proof of service or waiver of service within the time allowed by Rule 4(m) of the Federal Rules of Civil Procedure, or even within the extended time allowed by this Court's notice of February 2, 2006, it is **ORDERED** that this case is dismissed.

                                  JAMES ROBERTSON
                         United States District Judge